**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PIXIUS COMMUNICATIONS, LLC, | ) | Case No. 19-11749 REN |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| WISPer Ventures Leasing, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 19-05110 REN |
| | ) | |
| vs. | ) | |
| | ) | |
| Pixius Communications, LLC; Robert G. | ) | |
| Hanson; Jay S. Maxwell, individually and | ) | |
| as trustee of Jay S. Maxwell Trust; James | ) | |
| R. Vosburgh, individually and as trustee of | ) | |
| Vosburgh Family Revocable Trust; | ) | |
| Carol L. Murray, individually and as Trustee | ) | |
| of the Carol L. Murray Living Trust; | ) | |
| Lies Investments, LP; LV Properties, GP; | ) | |
| John Does 1-10; Jane does 1-10; | ) | |
| ABC Entities 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT JAY S. MAXWELL'S SECOND SUPPLEMENTAL ATTORNEYS' FEE SUBMISSION

COMES NOW dismissed Defendant Jay S. Maxwell ("Maxwell"), by and through undersigned counsel, and in accord with the Court's Order dated January 19, 2021 [Doc. 143], provides the Court and all parties of record the following breakdown of time for each timekeeper listed in the two declarations filed with the Court in Maxwell's Notice of Filing of Supplemental Attorneys' Fees Submission [Doc. 168].

The two declarations recently filed by Maxwell detail the following hours logged by the following respective timekeepers at the given rate totaling $47,513.00 in attorneys' fees sought:

- Attorney Patrick T. Nackley, billing at $395.00 per hour for 5.5 hours, totaling $2,172.50;

- Attorney Benjamin L. Gottlieb, billing at $485.00 per hour for 2.0 hours, totaling $970.00;

- Attorney Christopher J. Zarda, billing at $395.00 per hour for 95.8 hours, totaling $37,841.00;

- Attorney Corey R. Feltre, billing at $275.00 per hour for 0.9 hours, totaling $247.50;

- Attorney David Prelle Eron, billing at $300.00 per hour for 8.7 hours, totaling $2,610.00; and

- Paralegal Tom Howard, billing at $255.00 per hour for 14.4 hours, totaling $3,672.00.

Respectfully submitted this 10th day of February, 2021.

**MACQUEEN & GOTTLIEB, PLC**

By: */s/ Christopher J. Zarda*
Christopher J. Zarda KS #23659
1 Renaissance Tower
2 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone:    (602) 533-2840
Facsimile:    (480) 422-2428
chris@mandglawgroup.com
ATTORNEYS FOR DEFENDANT JAY S.
MAXWELL, INDIVIDUALLY AND AS
TRUSTEE OF THE JAY S. MAXWELL
TRUST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2021, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices.

*/s/ Christopher J. Zarda*
Christopher J. Zarda KS #23659